FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEBRA LYNN GAMBLE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 2:17-CV-00321-RHW

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

Before the Court is a Stipulated Motion for Remand in which the parties jointly move the Court to remand for further administrative proceedings. ECF No. 19. Based on the agreement of the parties and the record, the Court finds good cause to grant the motion.

The Commissioner's decision to deny Plaintiff's applications for Social Security disability benefits under the Social Security Act is **REVERSED** and **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the administrative law judge shall: (1) give further consideration to the medical opinions of Dr. Jahnke, Dr. Hufman, Nurse Practitioner Lambert, and Nurse Practitioner Nolan and articulate what weight is given to each; (2) reassess Ms. Gamble's subjective complaints; (3) reevaluate Ms.

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

Gamble's residual functional capacity; and (4) obtain vocational expert evidence, if necessary.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 19**, is **GRANTED**.

2. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings consistent with this order.

3. All pending motions in this matter are now moot.

4. Reasonable attorney fees may be awarded under 28 U.S.C. § 2412 and/or 28 U.S.C. § 1920, upon proper request to the Court.

5. The District Court Executive shall enter judgment for the Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 4th day of June, 2018.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2**